IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00273-LTB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RYAN S. MARTIN,

    Defendant.

## O R D E R

THIS MATTER comes before the Court upon the government's Motion to Dismiss Counts 1 AND 3-5 of the Indictment. The Court having considered this motion,

IT IS HEREBY ORDERED that Counts 1 and 3-5 of the Indictment are dismissed.

DATED this   20th   day of  December, 2005.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
UNITED STATES DISTRICT CHIEF JUDGE
DISTRICT OF COLORADO